# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LEE ANTHONY**                                                                                           **PLAINTIFF**

v.                                    **CASE NO. 4:18-CV-00830-BSM**

**CITY OF LITTLE ROCK**                                                                           **DEFENDANT**

## ORDER

Lee Anthony failed to present himself for a deposition, and the time to do so has passed. *See* Doc. No. 19. Accordingly, the motions to dismiss [Doc. Nos. 18, 20] are granted, and this case is dismissed without prejudice.

IT IS SO ORDERED this 1st day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE