IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEE ANTHONY**                                                                                           **PLAINTIFF**

**v.**                               **CASE NO. 4:18-CV-00830-BSM**

**CITY OF LITTLE ROCK**                                                                  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 1st day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE